UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-74-H1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER TO SEAL |
| | : | |
| SERGIO ESTUPINAN ESTUPINAN | : | |
| a/k/a "Robert Julio Zavala" | : | |
| a/k/a "The Lawyer" | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 77 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the ___8th___ day of December, 2010.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE