# UNITED STATES DISTRICT COURT
### for the

### Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Sergio Estupinan Estupinan | ) Case No: 4:09-CR-74-1H |
| | ) USM No: 25937-056 |
| Date of Original Judgment: May 9, 2011 | ) |
| Date of Previous Amended Judgment: | ) A. Robert Bell, III |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The amount of cocaine involved is greater than 450 kilograms.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 9, 2011, _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date: 8/25/15 _____
                                          *Judge's signature*

Effective Date: _____          Malcolm J. Howard, Senior U.S. District Judge
        *(if different from order date)*              *Printed name and title*